# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

SCHNELL BRITMAN                                        PLAINTIFF

v.                              No. 3:24-cv-195-DPM

CODY MICHAEL CRENSHAW and
ADT, LLC                                              DEFENDANTS

## JUDGMENT

Britman's complaint is dismissed with prejudice.   The Court

retains jurisdiction until 13 July 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_12 May 2026_